COUNTY OF NASSAU, Appellant, *v.* DANIEL LINCER et al., Defendants, and VILLAGE OF MALVERNE, Respondent.

Argued March 6, 1939; decided April 4, 1939.

663

*Martin W. Littleton, Jr.*, and *Eugene R. Hurley* for appellant.

*Robert E. Tinsley* for respondent.

*Jerome L. Loewenberg* and *George A. Gibson* for Union Free School District No. 24 of Sea Cliff, Nassau county, *amicus curiæ.*

*E. J. Dimock, Arnold Frye* and *Samuel M. Levy* for Nassau County Village Officials Association, *amicus curiæ.*

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.